JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. LAWLESS,<br><br>      Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 5:25-cv-01599-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Complaint [ECF No. 1-1] of Plaintiff Richard R. Lawless ("Lawless").

3. Defendant United States of America shall have **JUDGMENT** in its **FAVOR** and **AGAINST** Lawless. Lawless shall take nothing by way of his Complaint.

4. This action is **DISMISSED with prejudice.**

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 28, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE